**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 25-2050**

───────────

DORA L. ADKINS,

   Plaintiff - Appellant,

  v.

TW TYSON CORNER LLC,

   Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:25-cv-01355-RDA-WEF)

───────────

Submitted:  December 23, 2025     Decided:  December 30, 2025

───────────

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Dora L. Adkins, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals the district court's order denying her motion for leave to file a proposed emergency complaint and denying as moot her motion to expedite. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Adkins v. TW Tyson Corner LLC*, No. 1:25-cv-01355-RDA-WEF (E.D. Va. Aug. 28, 2025). Additionally, based on the numerous meritless appeals Adkins has pursued in this court, we warn her that filing further meritless or frivolous appeals could result in an order directing her to show cause why this court should not impose a prefiling injunction or other sanctions.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*